UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | 14-540 |
| | : | |
| DANIEL JONES | : | |

*************************************************************************

## ENTRY OF APPEARANCE

Please enter the appearances of Jason E. Silverstein and Allison Levine and Roland Walker & Marc L. Zayon, P.A. as co-counsel for Defendant. Please notify this office of all future trial dates.

Respectfully submitted,

*Jason E. Silverstein*                                *Allison R. Levine*
JASON E. SILVERSTEIN                         ALLISON R. LEVINE
Roland Walker & Marc L. Zayon, P.A.      Roland Walker & Marc L. Zayon, P.A.
201 North Charles Street                           201 North Charles Street
Suite 1700                                                  Suite 1700
Baltimore, Maryland 21201                       Baltimore, Maryland 21201
(410) 727-3710                                          (410) 727-3710

Attorneys for Defendant

## CFERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March 2014, a copy of the foregoing **Entry of Appearance** was efiled to the United States Attorney, 36th S. Charles Street, 4th Floor, Baltimore, Maryland 21201.

*Jason E. Silverstein*                                *Allison R. Levine*
JASON E. SILVERSTEIN                         ALLISON R. LEVINE