___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 11 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

DANIEL JONES

*Defendant*

)
)
) Case No. 14-540 BPG
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DANIEL JONES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm by a previously convicted person, in violation of 18 U.S.C. Section 922(g)(1)

Date: 3-4-14

_____
*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/4/14, and the person was arrested on *(date)* 3/11/14
at *(city and state)* BALT, MD.

Date: 3/11/14

_____
*Arresting officer's signature*

ALAN BOROSHOK S/A ATF
*Printed name and title*